

**FILED**

*9:03 am, 5/28/25*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

ANDY SMITH and ERIN SMITH, individually and as parents of their minor child, G.S.,

      Plaintiffs,

vs.

ALBANY COUNTY SCHOOL DISTRICT NO. 1 BOARD OF TRUSTEES; JANICE MARSHALL, in both her individual and official capacities as Chairman for the Board of Trustees for Albany County School District No. 1; NATE MARTIN, in both his individual and official capacities as Trustee for the Board of Trustees for Albany County School District No. 1; KIM SORENSON, in both his individual and official capacities as Trustee for the Board of Trustees for Albany County School District No. 1; EMILY SIEGEL-STANTON, in both her individual and official capacities as Trustee for the Board of Trustees for Albany County School District No. 1; BETH BEAR, in both her individual and official capacities as Trustee for the Board of Trustees for Albany County School District No. 1; LAWRENCE PAREA, in both his individual and official capacities (and/or his successor(s) in their official capacity) as Trustee for the Board of Trustees for Albany County School District No. 1; DR. JUBAL YENNIE, Ed.D., in both his individual and official capacities (and/or his successor(s) in their official capacity) as Superintendent of Albany County

Case No.  23-CV-00159-KHR

School District No. 1; JEFF LEWIS, in both his individual and official capacities (and/or his successor(s) in their official capacity) as Principal of Laramie High School,

        Defendants.

## FINAL JUDGMENT

This action came before the Court on Defendants' Motion to Dismiss. [ECF No. 3]. Honorable Kelly H. Rankin, District Judge, presiding. The Court entered an Order granting Defendants' Motion to Dismiss on May 27, 2025. [ECF No. 41]. Accordingly, it is therefore **ORDRED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**.

Dated this 28th day of May 2025.

                    Kelly H. Rankin
                    United States District Judge